IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MCOM IP, LLC,<br>  Plaintiff,<br><br>v.<br><br>UNICOM SYSTEMS, INC.,<br>  Defendant. | )<br>)<br>)  Civil Action No. 2:21-cv-00168-JRG<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE**

MCOM IP, LLC files this Motion reset the Scheduling Conference currently set for Set for September 29, 2021 per ECF No. 12.  Plaintiff's counsel is set for Oral Hearing in the District Court of Delaware on three (3) motions[1] on September 29, 2021 at 11:00 am E.D.T. by videoconference.[2]  Plaintiff's counsel id therefore not available to attend the hearing.  Plaintiff conferred with Defendant and it is unopposed to resetting this hearing.

              Respectfully submitted,

              **Ramey & Schwaller, LLP**

              William P. Ramey, III
              Texas State Bar No. 24027643
              5020 Montrose Blvd., Suite 800
              Houston, Texas 77006
              (713) 426-3923 (telephone)
              (832) 900-4941 (fax)
              wramey@rameyfirm.com

              ***Attorneys for MCOM IP, LLC***

---

[1] Two Daubert Motions and one Motion for Summary Judgement.
[2] Ex. 1, Doc. No. 233 from Case 1:17-cv-01302-LPS-CJB, *360Heros, Inc. v. GoPro*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, William Ramey, counsel for Plaintiff MCOM IP, LLC, conferred with Dwayne L.Mason of Greenberg Traurig, counsel for UNICOM, by e-mail on September 16, 2021, regarding the filing of this Motion, he is unopposed.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 17, 2021, with a copy of the foregoing via e-mail.

/s/ William P. Ramey, III
William P. Ramey, III